UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO.3:14-CV-00313-H

AARON STARKS                                                                                          PLAINTIFF

v.

LOUISVILLE/JEFFERSON COUNTY
METROPOLITAN SEWER DISTRICT                                                        DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Aaron Starks, was formerly an employee of the Louisville/Jefferson County Metropolitan Sewer District. In his *pro se* complaint, he says that he was "fired for wrong reasons. When I went by company rules and regulations." He names MSD and a number of individuals as defendants. In a further statement of his claim, Plaintiff makes no further allegations of wrongdoing or specific acts by either MSD or any of the individuals involved.

Plaintiff filed his complaint on April 14, 2014. Soon thereafter, on April 24, 2014, Defendant moved for dismissal based on Plaintiff's failure to state a claim or in the alternative for a more definite statement. Plaintiff has not filed a response to the motion.

The Court has reviewed the complaint and agrees that it fails to state sufficient facts upon which Defendant might possibly respond one way or another. It fails to either articulate facts from which the Court might deduce a cause of action or specifically state a cause of action. Under the circumstances, the Court does not believe that a responsive pleading is possible or that a more definite statement should be allowed.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion to dismiss is SUSTAINED and this

case is DISMISSED WITH PREJUDICE.

This is a final order.

cc: Aaron Starks, *Pro Se*
Counsel of Record